Fwd to 679
JDIS #2

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | 08-ATF-023906 | COURT CASE NUMBER<br>CRIMINAL NO. C-08-443 |
|---|---|---|
| DEFENDANT<br>GARY LEE DOMINGUEZ | | TYPE OF PROCESS<br>SERVICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Russell C. Sieg
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3045 Marina Bay Drive, #15201, League City, TX, 77573-2554

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Lance Watt
United States Attorney's Office
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SOUTHERN DISTRICT OF TEXAS
2008 OCT 30 PM 4:13
RECEIVED
U.S. MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

Please serve the titled property owner with the attached Preliminary Order of Forfeiture at the address listed above and provide proof of service.

United States Courts
Southern District of Texas
FILED
DEC 1 0 2008
Michael N. Milby, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of:<br>Lance Watt, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(361) 903-7935 | DATE<br>10/30/2008 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. B79 | District to Serve<br>No. 679 | Signature of Authorized USMS Deputy or Clerk<br>DLM, FSA&P-C | Date<br>10/30/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>16:00 | Time<br>11/6/08 | ☐ am<br>☒ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
Baker

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285
Rev. 12/15/80
Automated 01/00