UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL NO. C-08-443 |
| GARY LEE DOMINGUEZ,<br>Defendant | §<br>§<br>§ | |

### ORDER OF FORFEITURE AT SENTENCING

The preliminary order of forfeiture signed on August 26, 2008, is final as to the defendant, Gary Lee Dominguez, and shall be made part of the defendant's sentence and included in the judgment.

Signed on this _20_ day of _Feb_, 2009.

_____
HAYDEN HEAD
UNITED STATES DISTRICT JUDGE